[No. 7678-7-I.   Division One.   September 2, 1980.]

THE CITY OF BELLINGHAM, *Respondent,* v.
DONALD CALVIN, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 10207, Jack S. Kurtz, J., entered
May 24, 1979. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Callow, C.J., and Andersen, J.

[No. 7842-9-I.   Division One.   September 2, 1980.]

SHARON ARNOT, *Petitioner,* v. LAWRENCE H. TARTE,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 845530, Frank D. Howard, J., entered October
10, 1978. *Affirmed* by unpublished opinion per Durham–
Divelbiss, J., concurred in by Callow, C.J., and James, J.

[No. 3722-3-III.   Division Three.   September 2, 1980.]

EUGENE D. JOHNSON, ET AL, *Respondents,* v. HABCO,
*Defendant,* MICHAEL HENRY HEALY, *Appellant.*

MICHAEL HENRY HEALY, *Appellant,* v. EUGENE D.
JOHNSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 241885, William H. Williams, J.,
entered December 18, 1978. *Affirmed* by unpublished opin-
ion per Green, C.J., concurred in by McInturff and Roe, JJ.